

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY COLE DANIELS,<br><br>Defendant. | CR 18-20-BU-DLC<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Anthony Cole Daniels appeared before the Court on November 1, 2018, and entered a plea of guilty to count I of the indictment. He also admitted the forfeiture allegation. Daniels' plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Defendant Daniels' interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 924(d):

1

- $41,598.10 in United States Currency;

- a Ruger LC9s, 9mm semi-automatic pistol (S/N 451-14151);

- a Browning Buck Mark, .22LR pistol (S/N 515ZT08615);

- a Ruger LC9s (Purple) 9mm semi-automatic pistol (S/N 453-58305);

- a Carl Walther Waffenfabrik pistol (S/N 018960E);

- a Smith & Wesson Model 745 pistol (S/N TBJ2808);

- a Ruger New Vaquer 45 ACP pistol (S/N 511-39784);

- a Ruger GP100 pistol (S/N 174-22606);

- a Hi-Point C9 pistol (S/N P163652);

- an H&R Inc. Model 622 .22LR pistol (S/N AT060093);

- a Smith & Wesson Model CTG, .22LR pistol (S/N 28K1705);

- a Cobray FMJ MOD D pistol (S/N A00045242);

- a Navy Arms Co. pistol (S/N 28003);

- a Winchester Model 77 rifle (S/N 24710);

- a Remington Magnum Model 870 Shotgun (S/N T832557M);

- a Tikka T3 Rifle (S/N 728206);

- a Savage Arms Stevens Model 58-16GA shotgun (S/N NSN);

- a Puma M92, 454 Casull rifle (S/N MA017733);

- a Marlin Model 60 rifle (S/N 17426698);

- a Worldwide Distributors INC Model 521 Goro shotgun (S/N PG4899);

- a Mossburg 500A shotgun (P682139);
- a Remington Model 700 rifle (S/N 95465);
- a Remington Model 3A rifle (S/N 4041210);
- an Enfield 1916 rifle (S/N 96835P3253);
- a Derringer Jukar pistol (S/N 73268);
- a Marlin Model 60 rifle (S/N 23523655);
- a Winchester Model 64 rifle (S/N 1092864); and
- a Remington Model 788 Rifle (S/N 6098211);

THAT the Secret Service, United States Marshal's Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 5th day of November, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court