IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–20–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY COLE DANIELS, | |
| Defendant. | |

Before the Court is the United States's Motion to Dismiss Forfeiture Items. (Doc. 48.) Defense counsel filed a pleading shortly after the motion was filed, informing the Court that counsel had not been able to communicate with Defendant Anthony Cole Daniels regarding the motion. (Doc. 49.) No follow-up brief has been filed, and it therefore appears that Daniels does not oppose the motion.

IT IS ORDERED that the motion (Doc. 48) is GRANTED.

IT IS FURTHER ORDERED that three items listed in the Plea Agreement (Doc. 27) and Preliminary Order of Forfeiture (Doc. 37) as items of forfeiture, namely (1) a Ruger New Vaquer 45 ACP pistol (S/N 511-39784), (2) a Ruger GP

1

100 pistol (S/N 174-22606), and (3) a Tikka T3 Rifle (S/N 728206), will no longer be forfeited and are dismissed as items of forfeiture.

DATED this 3rd day of May, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court