FILED

MAY 07 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY COLE DANIELS,<br><br>Defendant. | CR 18–20–BU–DLC<br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on November 5, 2018. (Doc. 37.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 56.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2) and 18 U.S.C. § 924(d).

1

5. An order dismissing several items in this case, specifically a Ruger New Vaquer 45 ACP pistol (S/N 511-39784), a Ruger GP 100 pistol (S/N 174-22606), and a Tikka T3 Rifle (S/N 728206), was entered on May 3, 2019. (Doc. 52.)

It is therefore ORDERED that:

1. The motion for final order of forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- $41,598.10 in United States Currency;
- a Ruger LC9s, 9mm semi-automatic pistol (S/N 451-14151);
- a Browning Buck Mark, .22LR pistol (S/N 515ZT08615);
- a Ruger LC9s (Purple) 9mm semi-automatic pistol (S/N 453-58305);
- a Carl Walther Waffenfabrik pistol (S/N 018960E);
- a Smith & Wesson Model 745 pistol (S/N TBJ2808);
- a Hi-Point C9 pistol (S/N P163652);
- an H&R Inc. Model 622 .22LR pistol (S/N AT060093);
- a Smith & Wesson Model CTG, .22LR pistol (S/N 28K1705);
- a Cobray FMJ MOD D pistol (S/N A00045242);
- a Navy Arms Co. pistol (S/N 28003);

2

- a Winchester Model 77 rifle (S/N 24710);

- a Remington Magnum Model 870 Shotgun (S/N T832557M);

- a Savage Arms Stevens Model 58-16GA shotgun (S/N NSN);

- a Puma M92, 454 Casull rifle (S/N MA017733);

- a Marlin Model 60 rifle (S/N 17426698);

- a Worldwide Distributors INC Model 521 Goro shotgun (S/N PG4899);

- a Mossburg 500A shotgun (P682139);

- a Remington Model 700 rifle (S/N 95465);

- a Remington Model 3A rifle (S/N 4041210);

- an Enfield 1916 rifle (S/N 96835P3253);

- a Derringer Jukar pistol (S/N 73268);

- a Marlin Model 60 rifle (S/N 23523655);

- a Winchester Model 64 rifle (S/N 1092864); and

- a Remington Model 788 Rifle (S/N 6098211).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 7th day of May, 2019.

Dana L. Christensen, Chief District Judge
United States District Court